# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GREGORY ZALUSKI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff(s),<br><br>v.<br><br>UNITED AMERICAN HEALTHCARE CORPORATION, OSBIE HOWARD, WILLIAM BROOKS, TOM GOSS, STEPHEN HARRIS, GREGORY H. MOSES, JR, and WILLIAM E. JACKSON, II,<br><br>        Defendants. | CIVIL ACTION NO. 2:2005cv72112<br>Honorable Lawrence P. Zatkoff (RSW)<br><br>ORDER CONSOLIDATING CASES ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL |
| WILLIAM COLEMAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff(s),<br><br>v.<br><br>UNITED AMERICAN HEALTHCARE CORPORATION, OSBIE HOWARD, WILLIAM BROOKS, TOM GOSS, STEPHEN HARRIS, GREGORY H. MOSES, JR, and WILLIAM E. JACKSON, II,<br><br>        Defendants. | CIVIL ACTION NO. 2:2005cv72384<br>Honorable Lawrence P. Zatkoff (RSW)<br><br>ORDER CONSOLIDATING RELATED CASES, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL |

## **ORDER**

The Rosen Law Firm, P.A. and Miller Shea, P.C., having filed a motion for Consolidation of Related Cases, Appointment of Lead Plaintiffs and for Approval of Lead Plaintiffs' Selection of Lead Counsel on behalf of Alex Reichman, Richard M. Price, Maria Cristina Jones, Edward G. Nolte and Edward S. Price (collectively the "Reichman Group") in the

above-captioned actions; and

The Court having considered the Reichman Group's Motion for Consolidation of Related Cases, Appointment of Lead Plaintiffs and for Approval of Lead Plaintiffs' Selection of Lead Counsel, and the Memoranda of Law submitted in support thereof; and

The declaration of counsel submitted to the Court having shown that the Reichman Group, consisting of Alex Reichman, Richard M. Price, Maria Cristina Jones, Edward G. Nolte and Edward S. Price, has suffered the largest monetary loss of all the proposed lead plaintiffs before the Court and are therefore the most adequate lead plaintiffs in accordance with Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B); and

This Court, having considered the Motion of the Reichman Group for Consolidation of Related Actions, Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel, the Memoranda of Law and declarations submitted in support and opposition thereof, hereby orders as follows:

1. The above-captioned actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings, and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. The above-captioned actions and any actions hereafter consolidated shall be collectively referred to as "In re United American HealthCare Corporation Securities Litigation," Master File No. 2:2005cv72112 (LPZ/RSW).

3. Any other civil actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these consolidated actions shall be consolidated with this action for all purposes if, as, and when the Court is apprised of them. The parties shall notify the Court of any other action which is pending or filed outside of this district

which may be related to the subject matter of these consolidated actions if and when they become aware of such actions.

4.  Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Section 27(a)(3)(B) of the 1933 Act, 15 U.S.C. § 77z-1(a)(3)(B), the members of the Reichman Group, consisting of Alex Reichman, Richard M. Price, Maria Cristina Jones, Edward G. Nolte and Edward S. Price are appointed Lead Plaintiffs for the Class.

5.  Lead Plaintiffs' selection of Counsel is approved pursuant to Section 21D(a)(3)(B)(v) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(v) and Section 27(a)(3)(B)(v) of the 1933 Act, 15 U.S.C. § 77-1(a)(3)(B)(v), The Rosen Law Firm, P.A. is appointed as Lead Counsel, and Miller Shea, P.C. is appointed as Liaison Counsel for the proposed class in the consolidated action.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff

LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 17, 2006.

s/Marie E. Verlinde

Case Manager
(810) 984-3290